UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:11cr320-BR |
| v. | INDICTMENT |
| DOHNALD LEEROY HARTMAN, | [18 U.S.C. § 922(g)(1); |
| Defendant. | 18 U.S.C. § 924(d); |
| | 28 U.S.C. § 2461(c)] |

THE GRAND JURY CHARGES:

COUNT 1
(Felon in Possession of Firearms and Ammunition)

On and before about July 9, 2011, in Milwaukie, Clackamas County, in the District of Oregon, DOHNALD LEEROY HARTMAN, defendant herein, who had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in Title 18, United States Code, Section 921(a)(20), namely, one or more of the following:

(1) Attempted Murder with a Firearm and Felon in Possession of a Firearm, in the Circuit Court of the State of Oregon for Marion County, case number 95C22422, on or about January 22, 1996;

(2) Felon in Possession of a Firearm, in the Circuit Court of the State of Oregon for Marion County, case number 88C22150, on or about March 8, 1989;

Page 1 -   INDICTMENT

    (3)    Attempted Kidnapping in the Second Degree, in the Circuit Court of the State of Oregon for Marion County, case number 86-C-21450, on or about December 10, 1986;

did knowingly possess a firearm and ammunition, namely, one or more of the following:

a. Ruger pistol, model P95, caliber 9mm, serial number 31666679;
b. Springfield pistol, model XD, caliber .45, serial number US584269;
c. Rossi revolver, model unknown, caliber .357, serial number CR791496;
d. Cobray pistol, model unknown, caliber 9mm, serial number unknown;
e. Smith & Wesson revolver, model 422, caliber .22, serial number TVC3267;
f. Smith & Wesson pistol, model 4516-1, caliber .45, serial number TED5484
g. Savage shotgun, model 30 Series D, 12 gauge, serial number B536340;
h. Savage shotgun, model 24 Series D, 20 gauge, serial number D172214;
i. Smith & Wesson rifle, model M&P-15, caliber .223, serial number 46174;
j. Mossberg shotgun, model unknown, 12 gauge, serial number MV08385M;
k. Winchester rifle, model 94, caliber .30-30, serial number 4248296;
l. Chinese rife, model SKS, caliber 7.62x39mm, serial number EB394;
m. Ruger rifle, model Mark II M77, caliber .30-06, serial number 789-93287;
n. Mossberg shotgun, model 500C, 20 gauge, serial number K612043;
o. Sako rifle, model M995, caliber .375 H&H, serial number 895618;
p. Remington shotgun, model 1100, 12 gauge, serial number M626153V;
q. Springfield pistol, model XD, caliber .45, serial number US704220;
r. Smith & Wesson revolver, model 442, caliber .38, serial number BPW5595;
s. One .32 cartridge bearing head stamp, R-P .32 AUTO;
t. Two .300 cartridges bearing head stamp, SUPER-X 300 SAV;
u. One 7.62x39mm cartridge bearing head stamp, 7.62X39 WOLF;

which firearms and ammunition had previously been transported in interstate or foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count 1 of this indictment, defendant DOHNALD LEROY HARTMAN shall forfeit to the United States pursuant to 18 U.S.C. §

924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the

offense, including but not limited to the following:

    a.    Ruger pistol, model P95, caliber 9mm, serial number 31666679;
    b.    Springfield pistol, model XD, caliber .45, serial number US584269;
    c.    Rossi revolver, model unknown, caliber .357, serial number CR791496;
    d.    Cobray pistol, model unknown, caliber 9mm, serial number unknown;
    e.    Smith & Wesson revolver, model 422, caliber .22, serial number TVC3267;
    f.    Smith & Wesson pistol, model 4516-1, caliber .45, serial number TED5484
    g.    Savage shotgun, model 30 Series D, 12 gauge, serial number B536340;
    h.    Savage shotgun, model 24 Series D, 20 gauge, serial number D172214;
    i.    Smith & Wesson rifle, model M&P-15, caliber .223, serial number 46174;
    j.    Mossberg shotgun, model unknown, 12 gauge, serial number MV08385M;
    k.    Winchester rifle, model 94, caliber .30-30, serial number 4248296;
    l.    Chinese rife, model SKS, caliber 7.62x39mm, serial number EB394;
    m.    Ruger rifle, model Mark II M77, caliber .30-06, serial number 789-93287;
    n.    Mossberg shotgun, model 500C, 20 gauge, serial number K612043;
    o.    Sako rifle, model M995, caliber .375 H&H, serial number 895618;
    p.    Remington shotgun, model 1100, 12 gauge, serial number M626153V;
    q.    Springfield pistol, model XD, caliber .45, serial number US704220;
    r.    Smith & Wesson revolver, model 442, caliber .38, serial number BPW5595;
    s.    One .32 cartridge bearing head stamp, R-P .32 AUTO;
    t.    Two .300 cartridges bearing head stamp, SUPER-X 300 SAV;
    u.    One 7.62x39mm cartridge bearing head stamp, 7.62X39 WOLF;

Dated this 9TH day of August 2011.

A TRUE BILL.

/s/ OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

/s/ STEPHEN F. PEIFER
STEPHEN F. PEIFER, OSB #74282
Assistant United States Attorney

**Page 3 -**     **INDICTMENT**